**JS-6**

**THE SWEENEY LAW FIRM**
BRANDON J. SWEENEY (SBN 278532)
15303 Ventura Blvd., Suite 900
Sherman Oaks, California 91403
Telephone: (818) 380-3051
Facsimile: (818) 380-3001
Email: bsweeney@thesweeneylawfirm.com

**THE LAW OFFICE OF JONATHAN J. MOON**
Jonathan J. Moon, Esq. (SBN: 282522)
18000 Studebaker Road, Suite 700
Cerritos, CA 90703
Telephone: (213) 867-1908
Facsimile: (213) 402-6518
Email: jmoon@jmoonlaw.com

Attorneys for Plaintiff NICK J. GOMEZ

**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
A Professional Law Corporation
Irma Rodríguez Moisa   State Bar No. 162272
     IMoisa@aalrr.com
Amber M. Solano State Bar No. 216212
     ASolano@aalrr.com
Casandra P. Secord       State Bar No. 237395
     CSecord@aalrr.com
Danielle A. Cruz   State Bar No. 326222
     Danielle.Cruz@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone:  (562) 653-3200
Fax:  (562) 653-3333

Attorneys for Defendants HOME DEPOT U.S.A., INC. and Gabriela Franco

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

---

1

ORDER GRANTING  STIPULATION TO REMAND REMOVED ACTION TO LOS ANGELES SUPERIOR COURT

| | |
|---|---|
| NICK J. GOMEZ;<br><br>    Plaintiffs,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.; a Delaware Corporation; GABRIELLA FRANCO, an Individual; and DOES 1 TO 10,<br><br>    Defendants. | CASE NO.: 2:22-cv07691-FMO (PDx)<br><br>[Assigned to Hon. Judge Fernando M. Olguin]<br><br>[Los Angeles Superior Court Case No. 22STCV30457]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>Action Filed: September 19, 2022<br>Date of Removal: October 21, 2022 |

## ORDER

The Court having reviewed the stipulation set forth and good cause appearing, hereby Orders that the above-captioned matter be remanded to Superior Court for the State of California, County of Los Angeles.

**IT IS SO ORDERED**

Date:   November 23, 2022

                                                 /s/
HON. FERNANDO M. OLGUIN
FEDERAL COURT JUDGE
UNITED STATES FEDERAL COURT- CENTRAL DISTRICT